## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IVIN CORNELIOUS,** | : | |
| **Plaintiff,** | : | |
| **V.** | : | |
| | : | |
| **DETECTIVE MACNAMARA,** | : | **NO: 1:23-cv-00659-GBW** |
| **PROBATION OFFICER PHELPS,** | : | |
| **JAMES WIGGINS,** | : | |
| **UNKNOWN OFFICERS,** | : | |

## PLAINTIFF, IVIN CORNELIOUS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, by and through his attorneys, files with this honorable Court Plaintiff's Petition to file an amended complaint and avers as follows.

1.    On June 15, 2023, Plaintiff filed his original *pro se* Complaint.

2.    Undersigned counsel entered their appearances on July 18, 2023.

3.    Prior to any discovery, each of the defendants filed a motion to dismiss.

4.    After full briefing, but with no oral argument, the Court, by memorandum opinion dated July 11, 2024, granted the defendants' motions to dismiss without prejudice, and granted Plaintiff until August 1, 2024 to file an amended complaint.  The Court later granted Plaintiff's motion for an extension of time and allowed Plaintiff an additional fourteen days until August 15, 2024, to file

his amended complaint.

5.    "Federal Rule of Civil Procedure 15(a) declares that leave to amend shall be "freely" given "when justice so requires." *Topia Tech., Inc. v. Egnyte, Inc.,* Civil Action No. 21-1821-CJB, 2023 U.S. Dist. LEXIS 115704, at *4 (D. Del. July 6, 2023)(quoting Fed. R. Civ. P. 15(a)).

6.    "The Supreme Court of the United States has explained that this mandate 'is to be heeded' and that in the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given." *Id.* (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962). *See also Koninklijke Philips N.V. v. Lenovo (United States) Inc.,* Civil Action No. 20-1242-CFC, 2024 U.S. Dist. LEXIS 42005, at *9 (D. Del. Mar. 11, 2024).

7.    A copy of Plaintiff's proposed amended complaint is attached hereto as Exhibit A.

8.    There is no undue delay, bad faith, or dilatory motive on the part of the Plaintiff, and there is no undue prejudice to the defendants by allowing the amendment.  The amendment is not futile.

## III.   **CONCLUSION**

For the reasons which have been set forth more fully above, the Plaintiff, Ivin Cornelious, respectfully requests that this Court grant Plaintiff's Petition to file an Amended Complaint.

RIGRODSKY LAW, P.A.

*/s/ Herbert W. Mondros*
Herbert W. Mondros (#3308)
Rigrodsky Law, PA
1007 Orange Street
Suite 453
Wilmington, DE 19801
302-295-5304
hwm@rl-legal.com

OXMAN GOODSTADT KURITZ

Joseph Oxman (*pro hac vice*)
1518 Walnut Street, Suite 1010
Philadelphia PA 19102-3406
(215) 665-9999

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IVIN CORNELIOUS,** | : | |
| **Plaintiff,** | : | |
| **V.** | : | |
| | : | |
| **DETECTIVE MACNAMARA,** | : | **NO: 1:23-cv-00659-GBW** |
| **PROBATION OFFICER PHELPS,** | : | |
| **JAMES WIGGINS,** | : | |
| **UNKNOWN OFFICERS,** | : | |

## (proposed) ORDER

AND NOW, this ___ day of _____ , 2024, upon consideration of Plaintiff's Motion for Leave to Amend his Complaint and defendants' response to plaintiff's Petition to Amend, it is hereby ORDERED and DECREED that Plaintiff's Motion for Leave to Amend is GRANTED.


BY THE COURT:


_____

J.