**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IVIN CORNELIOUS,** | : | |
| **Plaintiff,** | : | |
| **V.** | : | |
| | : | |
| **DETECTIVE MACNAMARA,** | : | **NO: 1:23-cv-00659-GBW** |
| **PROBATION OFFICER PHELPS,** | : | |
| **JAMES WIGGINS,** | : | |
| **UNKNOWN OFFICERS,** | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO ANSWER PLAINTIFF'S
INTERROGATORY QUESTIONS ADDRESSED TO DEFENDANTS**

Plaintiff, by and through his attorneys, Herbert Mondros and Joseph Oxman, hereby moves this Honorable Court to compel defendants to answer plaintiff's interrogatory questions addressed to defendants and avers the following:

1. On June 15, 2023, plaintiff filed his 1983 Civil Rights Complaint.

2. Between October 31, 2023, and November 27, 2023, all defendants in this matter filed Motions to Dismiss Plaintiff's Complaint.

3. On December 22, 2023, Plaintiff responded to all of Defendants' Motions to Dismiss.

4. On January 29, 2024, all Defendants replied to Plaintiff's response to Defendants' Motions to Dismiss.

5. On July 11, 2024, the Court gave plaintiff until August 1, 2024, to amend his complaint.

6. In the Court's July 11, 2024, order, Counts I through IV were dismissed without prejudice.

7. On August 1, 2024, plaintiff filed an amended complaint.

8. On August 29, 2024, all defendants filed motions to dismiss plaintiff's amended complaint.

9. On September 5, 2024, plaintiff filed an answer to defendants' Motions to Dismiss plaintiff's Amended Complaint.

10. On November 1, 2024, plaintiff propounded Interrogatory Questions on all defendants. **(See exhibit A).**

11. On March 28, 2025, plaintiff sent emails to all defendants requesting their attorneys to answer plaintiff's November 1, 2024, propounded Interrogatory Questions to which no reply has been forthcoming. **(See exhibit B).**

12. To date of the filing of this Motion to Compel, the Court has still not ruled on Defendants' Motions to Dismiss.

13. Plaintiff is extremely concerned that the continued delay of the Court's ruling on defendants' Motions to Dismiss Plaintiff's Amended Complaint will only enable defendants to refuse to answer plaintiff's interrogatory questions addressed to defendants and contribute to the potential of lost material evidence.

WHEREFORE, the plaintiff requests this Honorable Court to compel defendants to answer Plaintiff's Interrogatories addressed to defendants within (10) ten days of this order.

Respectfully Submitted,

/s/ Herbert W. Mondros

Dated: April 19, 2025

Herbert W. Mondros (Del. #3308)
RIGRODSKY LAW, P.A.
1007 North Orange Street, Suite 453
Wilmington, DE 19801
302-295-5304
hwm@rl-legal.com

By : Joseph Oxman
Attorney for Plaintiff