# Exhibit B

 Outlook

---

**Cornelious v. Macnamara et. al**

---

**From** Joseph Oxman <oxmanj@ogklawyers.com>

**Date** Fri 3/28/2025 2:49 PM

**To**   farnan@rlf.com <farnan@rlf.com>; rtassone@wilmingtonde.gov <rtassone@wilmingtonde.gov>

📎 1 attachment (35 KB)

Interrogs to Municipality.doc;

In the interest of moving this litigation along, even though it has been over eight months since you filed your motion to dismiss and plaintiff answered without a ruling from the court, I am requesting that you have your client answer my discovery requests from the Interrogatory questions I sent to you in November. Please do not hesitate to call me if you have any questions.

Joseph S. Oxman, Esquire
Oxman Goodstadt Kuritz P.C.
1518 Walnut Street, Suite 1010
Philadelphia, PA. 19102
O - 215-665-9999
 F - 215-569-8811
oxmanj@ogklawyers.com

 Outlook

---

**Cornelious v. Macnamara et. al.**

---

**From** Joseph Oxman <oxmanj@ogklawyers.com>

**Date** Fri 3/28/2025 2:28 PM

**To** zachary.stirparo@delaware.gov <zachary.stirparo@delaware.gov>

📎 1 attachment (22 KB)

Interrogs to Justin Phelps.docx;

In the interest of moving this litigation along, even though it has been over eight months since you filed your motion to dismiss and plaintiff answered without a ruling from the court, I am requesting that you have your client answer my discovery requests from the Interrogatory questions I sent to you in November. Please do not hesitate to call me if you have any questions.

Joseph S. Oxman, Esquire
Oxman Goodstadt Kuritz P.C.
1518 Walnut Street, Suite 1010
Philadelphia, PA. 19102
O - 215-665-9999
 F - 215-569-8811
oxmanj@ogklawyers.com

 **Outlook**

## Cornelious v. MacNamara

**From** Joseph Oxman <oxmanj@ogklawyers.com>

**Date** Fri 3/28/2025 2:31 PM

**To**  mdenney@bmbde.com <mdenney@bmbde.com>

📎 1 attachment (22 KB)

Interrogs Gaetan Macnamara.docx;

In the interest of moving this litigation along, even though it has been over eight months since you filed your motion to dismiss and plaintiff answered without a ruling from the court, I am requesting that you have your client answer my discovery requests from the Interrogatory questions I sent to you in November. Please do not hesitate to call me if you have any questions.

Joseph S. Oxman, Esquire
Oxman Goodstadt Kuritz P.C.
1518 Walnut Street, Suite 1010
Philadelphia, PA. 19102
O - 215-665-9999
 F - 215-569-8811
oxmanj@ogklawyers.com

 Outlook

---

**Cornelious v. Macnamara et. al**

---

**From** Joseph Oxman <oxmanj@ogklawyers.com>
**Date** Fri 3/28/2025 2:34 PM
**To**    mdenney@bmbde.com <mdenney@bmbde.com>

📎 1 attachment (22 KB)
Interrogs to James Wiggins.docx;

In the interest of moving this litigation along, even though it has been over eight months since you filed your motion to dismiss and plaintiff answered without a ruling from the court, I am requesting that you have your client answer my discovery requests from the Interrogatory questions I sent to you in November. Please do not hesitate to call me if you have any questions.

Joseph S. Oxman, Esquire
Oxman Goodstadt Kuritz P.C.
1518 Walnut Street, Suite 1010
Philadelphia, PA. 19102
O - 215-665-9999
 F - 215-569-8811
oxmanj@ogklawyers.com